AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Robert Macamaux

V.

Roger Nelson, M.D., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 485ML

TO: (Name and address of Defendant)

Roger Nelson, M.D.
320 Pomfret Street
Putnam, CT 06260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

12/31/07

DATE

Conetta R. Zinni

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 14, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* ARTHUR P. JOHNSTON | TITLE CONNECTICUT STATE MARSHAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: IN HAND TO ROGER NELSON, M.D. AT DAY KIMBALL HOSPITAL 320 POMFRET ST. PUTNAM, CT 06260

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 @ .485/MI. – $5.82<br>PAGES 17 @ 1.00/EA – $17.00 | – $30.00 | $52.82 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JANUARY 14, 2008
Date

[signature]
Signature of Server

6 PARK RD. PUTNAM, CT 06260
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.