**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **USDC No.: 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;,** | : | |
| **ROGER NELSON, M.D.,** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D., ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| ***Defendants*** | | |

## NOTICE OF APPEARANCE

I, Jay M. Elias, Esquire, hereby enter my appearance on behalf of Defendant, Day Kimball Hospital.

Defendant, Day Kimball Hospital
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

# CERTIFICATION

I hereby certify that on this 25th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing.

Amato A. DeLuca
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Miriam Weizenbaum
Deluca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

/s/ Jay M. Elias

______________________________