**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT MACAMAUX**

**V.** **C.A. No.: 07 485ML**

**JACK MILLARD, M.D.;**
**ROGER NELSON, M.D.;**
**DAY KIMBALL HOSPITAL**
**JOHN and JANE DOE, M.D., ALIAS;**
**JOHN DOE CORPORATION, ALIAS**

# NOTICE OF APPEARANCE

Alan R. Tate, Esquire, and Christy B. Durant, Esquire, hereby enter their appearance on behalf of defendant, Jack Millard, M.D.

Defendant, Jack Millard, M.D.,
By his attorneys,

Tate + Latham

/S/ Alan R. Tate
Alan R. Tate, Esquire #1647
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

/S/ Christy B. Durant
Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed, postage prepaid, on this 1st day of February, 2008, to the following:

Amato A. DeLuca, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

/S/ Christy B. Durant

3985.a.doc