AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

V.

JACK MILLARD, M.D., et al

**APPEARANCE**

Case Number: 07-485ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACK MILLARD, M.D.

I certify that I am admitted to practice in this court.

2/1/2008
Date

Christy B. Durant
Digitally signed by Christy B. Durant
DN: CN = Christy B. Durant, C = US, O = Tate + Latham
Reason: I am the author of this document
Date: 2008.02.01 10:13:35 -05'00'
Signature

Christy B. Durant — Print Name
7128 — Bar Number

321 South Main Street, Suite 300
Address

Providence — City
RI — State
02903 — Zip Code

(401) 421-7400 — Phone Number
(401) 351-3239 — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset