UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

V. C.A. No.: 07 485ML

JACK MILLARD, M.D.;
ROGER NELSON, M.D.;
DAY KIMBALL HOSPITAL
JOHN and JANE DOE, M.D., ALIAS;
JOHN DOE CORPORATION, ALIAS

**NOTICE OF APPEARANCE**

Alan R. Tate, Esquire, and Christy B. Durant, Esquire, hereby enter their appearance on behalf of defendant, Jack Millard, M.D.

Defendant, Jack Millard, M.D.,
By his attorneys,

Tate + Latham

/S/ Alan R. Tate
Alan R. Tate, Esquire #1647
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

/S/ Christy B. Durant
Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed, postage prepaid, on this 1st day of February, 2008, to the following:

Amato A. DeLuca, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

/S/ Christy B. Durant

3985.a.doc