UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

VS. C.A. NO. 07-485ML

JACK MILLARD, M.D.,
ROGER NELSON, MD.,
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., alias,
JOHN DOE CORPORATION, alias

**DEFENDANT, ROGER NELSON, M.D.'S MOTION TO ENLARGE TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

The Defendant, Roger Nelson, M.D., hereby moves pursuant to Fed. R. Civ. P. 6(b)(2) for an enlargement of time to respond to the Plaintiff's Complaint. In support hereof, the Defendant relies upon his supporting memorandum filed herewith.

WHEREFORE, the Defendant, Roger Nelson, M.D. respectfully requests an enlargement of time to respond to the Plaintiff's Complaint, up to and including February 29, 2008.

Defendant, ROGER NELSON, M.D.,
By his attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
mgs@gsm-law.com

**CERTIFICATION**

This document has been filed electronically, and it is available for viewing and downloading from the ECF system. I hereby certify that on the 8th day of February, 2008, a true and accurate copy of the within was mailed first class, postage pre-paid to the counsel of record listed below:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esq.
Tate & Latham
321 South Main Street, Suite 300
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

/s/ Michael G. Sarli