UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

VS. C.A. NO. 07-485ML

JACK MILLARD, M.D.,
ROGER NELSON, MD.,
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., alias,
JOHN DOE CORPORATION, alias

**DEFENDANT, ROGER NELSON, M.D.'S MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

The Defendant, Roger Nelson, M.D., hereby moves pursuant to Fed. R. Civ. P. 6(b)(2) for an enlargement of time to respond to the Plaintiff's Complaint. "When by these rules . . . an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect[.]" Fed. R. Civ. P. 6(b)(2).

According to this Court's docket sheet, the Summons was served on Dr. Nelson on January 14, 2008 and the Answer was due on February 4, 2008. Counsel for Dr. Nelson received the Complaint from the insurer on February 5, 2008. On February 6, 2008 counsel for Dr. Nelson sent correspondence to counsel for the Plaintiff explaining that he had just received the Complaint and enclosed a late answer stipulation seeking additional time. As of the date of filing this motion, counsel for Dr. Nelson has not heard from counsel for the Plaintiff concerning this matter.

Counsel for Dr. Nelson requires additional time to review and analyze the allegations against Dr. Nelson and to ascertain additional facts necessary to respond to the Complaint. The

current need for additional time was not the result of any neglect. Counsel for Dr. Nelson requested additional time to respond to the Complaint from Plaintiff's counsel immediately upon receiving the Complaint and, not having heard from Plaintiff's counsel, filed the instant motion seeking additional time. No party will be prejudiced by granting Dr. Nelson additional time to respond to the Complaint. This case is currently in the very earliest stages of litigation, and the less than four-week extension to enable Dr. Nelson to respond to the Complaint will not cause any delay in the progression of this case.

Accordingly, Dr. Nelson respectfully requests that this motion for an enlargement of time be granted.

Defendant, ROGER NELSON, M.D.,
By his attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
mgs@gsm-law.com

**CERTIFICATION**

This document has been filed electronically, and it is available for viewing and downloading from the ECF system. I hereby certify that on the 8th day of February, 2008, a true and accurate copy of the within was mailed first class, postage pre-paid to the counsel of record listed below:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esq.
Tate & Latham
321 South Main Street, Suite 300
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

/s/ Michael G. Sarli