UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

VS. C.A. NO. 07-485ML

JACK MILLARD, M.D.,
ROGER NELSON, MD.,
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., alias,
JOHN DOE CORPORATION, alias

**DEFENDANT, ROGER NELSON, M.D.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES PROPOUNDED TO THE PLAINTIFF, ROBERT MACAMAUX**

Defendant, Roger Nelson, M.D., pursuant to Fed.R.Civ.P. 37(a) and L.R.Cv. 7(a), hereby moves this Honorable Court for an Order compelling the Plaintiff, Robert Macamaux, to answer interrogatories propounded to him on February 14, 2008. As grounds for the instant motion, Defendant Roger Nelson, M.D. avers that pursuant to Fed.R.Civ.P. 33(b)(3), Plaintiff's answers to said interrogatories were due no later than March 17, 2008. As of the date of filing of the instant motion, Plaintiff has failed to answer or object. Since the Plaintiff has failed to timely answer or object, the Defendant respectfully requests this Court order the Plaintiff to answer Defendant Roger Nelson, M.D.'s interrogatories fully and without objection.

Counsel certifies that he has, or has attempted to confer in good faith with opposing counsel in an effort to resolve the issues presented herein prior to Court intervention.

**WHEREFORE,** Defendant, Roger Nelson, M.D.'s motion should be granted.

Defendant, ROGER NELSON, M.D.,
By his attorneys,

/s/ MICHAEL G. SARLI

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
mgs@gsm-law.com

**CERTIFICATE OF SERVICE**

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esq.
Tate & Latham
321 South Main Street, Suite 300
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 2nd of April, 2008.

/s/ MICHAEL G. SARLI