UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

VS. C.A. NO. 07-485ML

JACK MILLARD, M.D.,
ROGER NELSON, MD.,
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., alias,
JOHN DOE CORPORATION, alias

**DEFENDANT, ROGER NELSON, M.D.'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Defendant, Roger Nelson, M.D. pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(3), hereby moves this Honorable Court for an Order dismissing the Complaint of the Plaintiff, Robert Macamaux. In support of the instant motion, Defendant Roger Nelson, M.D. relies upon and incorporates the accompanying memorandum of law.

**WHEREFORE,** Defendant Roger Nelson, M.D.'s motion should be granted and the Plaintiff's Complaint dismissed accordingly.

Defendant, ROGER NELSON, M.D.,
By his attorneys,

/s/ Michael G. Sarli

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
mgs@gsm-law.com

**CERTIFICATION**

This document has been filed electronically, and it is available for viewing and downloading from the ECF system. I hereby certify that on the 4th day of April, 2008, a true and accurate copy of the within was mailed first class, postage pre-paid to the counsel of record listed below:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esq.
Tate & Latham
321 South Main Street, Suite 300
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

/s/ Michael G. Sarli