**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D., *et al.*** | : | |

## PLAINTIFF'S LR CV 16(C) STATEMENT OF CLAIMS

Pursuant to Fed. R. Civ. P. 16, LR Cv. 16(c), and the Court's Notice dated March 13, 2008, plaintiff hereby submits his statement of claims in advance of the initial scheduling conference scheduled for April 15, 2008.

### I. NATURE OF THE CASE

This is an action that arises from a spinal cord injury suffered by the plaintiff Robert Macamaux as a result of undiagnosed fractured vertebrae, following an evaluation performed by the defendants. The plaintiff claims that the defendant hospital discharged him from its care in violation of federal law, specifically, 42 U.S.C. §1395dd, et seq., the Emergency Medical Treatment and Active Labor Act, (hereinafter EMTALA.) The defendant further proceeds under state law based upon his claim that the care delivered by all defendants fell below accepted standards of care and was negligent.

### II. FACTS

On January 16, 2006, Robert Macamaux presented to Day Kimball Hospital Emergency Department, having been involved in a motor vehicle accident. He was fifty-five years old and the owner of an interior decorating business in Westerly, Rhode Island. X-rays of his spine were ordered by defendant emergency physician Jack Millard, M.D. and interpreted by defendant radiologist Roger Nelson, M.D. Although Mr. Macamaux had fractured his neck, his injury was not diagnosed with the imaging that was ordered. He was

discharged with a fracture at C6-C7 and C7-T1 that had not yet been displaced by movement.

On January 19, 2006, Mr. Macamaux experienced severe pain, swelling of his throat and numbness down both arms. He was treated emergently at Landmark Medical Center and then transferred to Rhode Island Hospital, where fractures and dislocation of vertebrae were diagnosed. At this point, he had developed spinal cord injury. He underwent surgery and then was discharged to the Rehabilitation Hospital of Rhode Island. He underwent rehabilitation for two months. Notwithstanding some progress, Mr. Macamaux was unable to return to work and lost his business.

## III. EXPECTED LEGAL ISSUES

In order to establish his claim pursuant to the Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. § 1395dd et seq., the plaintiff must prove, *inter alia*, that defendant Day Kimball Hospital failed to provide "an appropriate medical screening examination" to Robert Macamaux. This element of proof may raise discovery issues as the plaintiff will conduct discovery to determine the hospital's policies, procedures and practices that pertain to its general obligations under EMTALA.

Other than discovery and evidentiary issues typically arising in the course of an EMTALA and medical negligence action, plaintiff does not anticipate unusual legal issues at this time.

Plaintiff,
By his Attorneys,

/s/ Miriam Weizenbaum

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

*PLAINTIFF'S LR CV 16(C) STATEMENT OF CLAIMS*

was electronically filed and served upon all counsel of record in compliance with the Fed. R. Civ. P., on this 8TH day of April 2008.

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
One Financial Plaza
Suite 1600
Providence, RI 02903

Attorney Christy Durant
Tate + Latham
321 South Main Street
Providence, RI 02903

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Plaza, Suite 9
Providence, RI 02903

/s/ Miriam Weizenbaum
______________________________