**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**OBJECTION**

Now comes the Plaintiff and hereby objects to Defendant Roger Nelson, M.D.'s Motion to Compel Responses to Request for Production of Documents.

Plaintiff,
By her Attorneys,

/s/ Amato A. DeLuca
______________________________

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

*Plaintiff's Objection to Defendant Roger Nelson, M.D.'s Motion to Compel Responses to Request for Production of Documents*

was sent to counsel of record below by facsimile and first class mail 11th day of April, 2008:

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
One Financial Plaza
Suite 1600
Providence, RI 02903

Attorney Christy Durant
Tate + Latham
321 South Main Street
Providence, RI 02903

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Plaza, Suite 9
Providence, RI 02903

/s/ Amato A. DeLuca