UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

VS. C.A. NO. 07-485ML

JACK MILLARD, M.D.,
ROGER NELSON, MD.,
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., alias,
JOHN DOE CORPORATION, alias

**ENTRY OF APPEARANCE**

Matthew D. Rocheleau hereby enters his appearance on behalf of the Defendant, Roger Nelson, M.D.

Defendant, ROGER NELSON, M.D.,
By his attorneys,

Matthew D. Rocheleau #6107
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
mdr@gsm-law.com

**CERTIFICATION**

I hereby certify that on the 14th day of April, 2008, a true and accurate copy of the within was mailed first class, postage pre-paid to the counsel of record listed below:

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esq.
Tate & Latham
321 South Main Street, Suite 300
Providence, RI 02903

Jay M. Elias, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Charles Perry