**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Robert Macamaux

**V.** **CA 07-485ML**

**Jack Millard, M.D., et al**

**ORDER**

**This matter was before the Court on a Rule 16 Conference on April 15, 2008 and it is hereby ordered that discovery shall close on the issue of personal jurisdiction on or before June 16, 2008.**

**Defendants, Jack Millard, M.D. and Day Kimball Hospital, shall either join the pending Motion to Dismiss or file Motions to Dismiss for lack of jurisdiction on or before April 30, 2008.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**April 15, 2008**