UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT MACAMAUX,<br>Plaintiff,<br><br>v.<br><br>JACK MILLARD, M.D.,<br>ROGER NELSON, M.D.,<br>DAY KIMBALL HOSPITAL,<br>JOHN and JANE DOE, M.D., alias,<br>JOHN DOE CORPORATION, alias,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-485 ML |

**ORDER**
**GRANTING MOTIONS**
**TO COMPEL RESPONSES**

Before the Court are two motions: 1) Defendant, Roger Nelson, M.D.'s Motion to Compel Answers to Interrogatories Propounded to the Plaintiff, Robert Macamaux (Document ("Doc.") #15) ("Motion to Compel Answers to Interrogatories"); and 2) Defendant, Roger Nelson, M.D.'s Motion to Compel Responses to Requests for Production Propounded to the Plaintiff, Robert Macamaux (Doc. #16) ("Motion to Compel Production") (collectively "Motions"). The Motions were filed on April 2, 2008. See Docket. The Motions recite that Defendant Roger Nelson, M.D. ("Dr. Nelson"), propounded interrogatories and requests for production to Plaintiff on February 14, 2008, and that Plaintiff has failed to answer the interrogatories and respond to the requests for production.

Although Plaintiff Robert Macamaux ("Plaintiff") has filed an objection to each Motion, see Objection (Doc. #20); Objection (Doc. #21), the Objections fail to comply with District of Rhode Island Local Rule Cv 7(b) in that each Objection is not "accompanied by a separate memorandum of law setting forth the reason for the objection and applicable points and authorities

supporting the objection." DRI LR Cv 7(b).[1] Accordingly, Plaintiff's Objections are overruled, and the Motions are granted. Plaintiff shall answer the interrogatories and provide responses to the requests for production within thirty days of the date of this Order.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 16, 2008

---

[1] District of Rhode Island Local Rule Cv 7(b) provides in relevant part:

> (b) Objections and Replies.
> (1) Any party opposing a motion shall file and serve an objection not later than fourteen (14) calendar days after service of the motion. **Every objection shall be accompanied by a separate memorandum of law** setting forth the reasons for the objection and applicable points and authorities supporting the objection.

DRI LR Cv 7(b) (bold added).