RECEIVED
APR 22 2008
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**ORDER**

This matter was before the Court on Rule 16 Conference on April 15, 2008 and it is hereby ordered that discovery shall close on the issue of personal jurisdiction on or before June 16, 2008. In addition, all discovery except that pertaining to issues of personal jurisdiction shall be suspended until further order of the Court.

Defendants, Jack Millard, M.D. and Day Kimball Hospital, shall either join the pending Motion to Dismiss or file Motions to Dismiss for lack of jurisdiction on or before April 30, 2008.

ENTERED as an Order of this Court on the 23rd day of April 2008.

PER ORDER

Barbara Barletta

ENTER

Mary M. Lisi
USDJ