**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**STIPULATION**

The parties hereby agree that Defendant Roger Nelson, M.D. shall pass his Motion to Compel Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents. The parties further agree that Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents shall be due on or before April 21, 2008.

Defendant,
Roger Nelson, M.D.,
By her attorneys

/s/ Michael Sarli
Michael Sarli (#2719)
**GIDLEY, SARLI & MARUSAK, LLP**
One Turks Head Place
Providence, RI 02903
(401) 274-6644
(401) 331-9304 Fax

Plaintiff,
Robert Macamaux,
By his attorneys

/s/ Miriam Weizenbaum
Miriam Weizenbaum (#5162)
**DeLUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

*Stipulation*

was sent to counsel of record below by first class mail/hand delivery on this _____ day of April, 2008:

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
One Financial Plaza
Suite 1600
Providence, RI 02903

Alan Tate, Esq.
Tate Law Group
321 South Main Street
Providence, RI 02903

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Plaza, Suite 9
Providence, RI 02903

/s/ Miriam Weizenbaum