**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT MACAMAUX**

**V.** **C.A. No.: 07 485ML**

**JACK MILLARD, M.D.;**
**ROGER NELSON, M.D.;**
**DAY KIMBALL HOSPITAL**
**JOHN and JANE DOE, M.D., ALIAS;**
**JOHN DOE CORPORATION, ALIAS**

**DEFENDANT, JACK MILLARD, M.D.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Jack Millard, M.D. pursuant to Fed.R.Civ.P. 12(b)(2) hereby moves this Honorable Court for an Order dismissing the Complaint of plaintiff, Robert Macamaux for lack of personal jurisdiction. In support of the instant motion, defendant Jack Millard, M.D. relies upon and incorporates the accompanying memorandum of law.

**WHEREFORE**, defendant Jack Millard, M.D.'s motion should be granted and plaintiff's Complaint dismissed accordingly.

Defendant, Jack Millard, M.D.,
By his attorneys,

**Tate Law Group**

/s/ Alan R. Tate______________________
Alan R. Tate, Esquire #1647
Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed, postage prepaid, on this 28th day of April, 2008, to the following:

Amato A. DeLuca, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esquire
Ratcliffe Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Michael G. Sarli, Esquire
Matthew D. Rocheleau, Esquire
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 09203

/s/ Alan R. Tate______________________

3985.mtd.doc