**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** *Plaintiff* | : | |
| **v.** | : | **USDC No.: 07-485ML** |
| **JACK MILLARD, M.D., ROGER NELSON, M.D., DAY KIMBALL HOSPITAL, JOHN and JANE DOE, M.D., ALIAS, JOHN DOE CORPORATION, ALIAS** *Defendants* | : | |

**SUPPLEMENTAL MEMORANDUM OF LAW**
**IN SUPPORT OF**
**DEFENDANT DAY KIMBALL HOSPITAL'S MOTION TO DISMISS**

This Supplemental Memorandum of Law is intended to serve as a supplement to the Defendant Day Kimball Hospital's original Memorandum of Law filed in support of its Motion to Dismiss the plaintiff's Complaint for lack of personal jurisdiction.

In its original Memorandum of Law, this defendant indicated that co-defendant Jack Millard, M.D. is a resident of the State of Connecticut. This statement was based on the allegations contained in the plaintiff's Complaint. Defendant Day Kimball Hospital has since learned that Dr. Millard is, in fact, a resident of the Commonwealth of Massachusetts.

This Supplemental Memorandum is submitted solely for the purpose of correcting this factual error. Defendant Day Kimball Hospital respectfully submits that the fact co-defendant Dr. Millard resides in Massachusetts in no way affects any of the legal arguments set forth in its Motion to Dismiss or original Memorandum of Law. Defendant Dr. Millard is not, and was not at the time of the incidence complained of, a resident of the State of Rhode Island.

Respectfully Submitted,

Defendant, Day Kimball Hospital
By its attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias
___________________________________
Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that on this 12th day of May, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing.

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Alan R. Tate, Esquire
Christy B. Durant, Esquire
Tate Law Group
321 South Main Street
Suite 300
Providence, RI 02903

Michael G. Sarli, Esquire
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Jay M. Elias
_______________________________