UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ROBERT MACAMAUX**

**Vs.** **C.A. NO. 07-485ML**

**JACK MILLARD, M.D.**
**ROGER NELSON, M.D.**
**DAY KIMBALL HOSPITAL**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Jack Millard, M.D., Roger Nelson, M.D. and Day Kimball Hospital, against the plaintiff, Robert Macamaux, pursuant to the Memorandum and Order dated May 20, 2008 DISMISSING the Complaint for lack of personal jurisdiction over the defendants.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: May 20, 2008