**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| v. | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D., *et al.*** | : | |

**PLAINTIFF'S RULE 60(b) MOTION FOR**
**RELIEF FROM FINAL JUDGMENT AND ORDER OF DISMISSAL**

Now comes plaintiff, Robert Macamaux, and hereby moves this Honorable Court pursuant to FED. R. CIV. P. 60(b) and LR Cv 7 for an Order granting him relief from a final judgment dated May 20, 2008, and an order of dismissal for lack of personal jurisdiction over defendants dated May 21, 2008. In particular, plaintiff respectfully requests the Court to vacate the judgment and dismissal order and either:

(a) Allow plaintiff the opportunity to complete court-ordered discovery on the issue of personal jurisdiction and to submit an opposition to defendants' motions to dismiss; or, alternatively,

(b) Order the case to be transferred to the United States District Court for the District of Connecticut in lieu of dismissal.

As grounds, plaintiff relies on the reasons and authorities contained in his supporting memorandum, filed herewith, and, based thereon, submits that the Court ought to vacate the judgment and dismissal order because:

(a) The judgment and dismissal order were mistakenly entered, prematurely, nearly one month before the close of a period of Court-ordered discovery "on the issue of personal jurisdiction," and

(b) The interests of justice can only be furthered in this matter by vacating the judgment and dismissal order and ordering the case to be transferred to the federal district court in Connecticut in lieu of dismissal.

WHEREFORE, the Court ought to grant the within motion for relief from final judgment and order of dismissal.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to LR Cv 7(e), counsel for plaintiff hereby requests oral argument on the within motion and estimates that fifteen minutes will be required for plaintiff's argument.

Plaintiff,
By his Attorneys,

/s/ Miriam Weizenbaum
______________________________

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT MACAMAUX** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-485ML** |
| | : | |
| **JACK MILLARD, M.D.;** | : | |
| **ROGER NELSON, M.D.;** | : | |
| **DAY KIMBALL HOSPITAL** | : | |
| **JOHN and JANE DOE, M.D. , ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

*PLAINTIFF'S MOTION FOR RELIEF FROM FINAL JUDGMENT AND DISMISSAL ORDER*

was electronically filed and served upon all counsel of record in compliance with the Fed. R. Civ. P., on this 19TH day of August 2008.

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
One Financial Plaza
Suite 1600
Providence, RI 02903

Attorney Christy Durant
Tate + Latham
321 South Main Street
Providence, RI 02903

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Plaza, Suite 9
Providence, RI 02903

/s/ Miriam Weizenbaum