UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT MACAMAUX

v. CA 07-485 ML

JACK MILLARD, M.D.
ROGER NELSON, M.D.
DAY KIMBALL HOSPITAL,
JOHN and JANE DOE, M.D., ALIAS
JOHN DOE CORPORATION, ALIAS

## MEMORANDUM AND ORDER

This matter is before the Court on motions to dismiss filed by Defendant Day Kimball Hospital (Docket Entry #30), Defendant Jack Millard, M.D. (Docket Entry #29), and Defendant Roger Nelson, M.D. (Docket Entry #17). In each instance, Defendants move to dismiss the complaint pursuant to F. R. Civ. P. 12(b)(2) on the grounds that the respective Defendant is not subject to the personal jurisdiction of this Court. Plaintiff has not responded to the motions, and the time for doing so has now passed. The Court, therefore, treats the motions as unopposed. Having reviewed the memoranda submitted in support of the motions, this Court finds that the complaint should be, and it is hereby, DISMISSED for lack of personal jurisdiction over the Defendants.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 21 , 2008