**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT MACAMAUX**

**vs.** **C.A. No.: 07 485ML**

**JACK MILLARD, M.D.;**
**ROGER NELSON, M.D.;**
**DAY KIMBALL HOSPITAL**
**JOHN and JANE DOE, M.D., ALIAS;**
**JOHN DOE CORPORATION, ALIAS**

**DEFENDANT, JACK MILLARD, M.D.'S OBJECTION TO PLAINTIFF'S RULE 60(b) MOTION FOR RELIEF FROM FINAL JUDGMENT AND ORDER OF DISMISSAL**

Now comes Defendant, Jack Millard, M.D., and hereby objects to Plaintiff's Rule 60(b) Motion for Relief from Final Judgment and Order of Dismissal. As grounds therefore, Defendant relies upon the attached memorandum of law.

Defendant, Jack Millard, M.D.,
By his attorneys,

TATE LAW GROUP

/s/ Alan R. Tate
Alan R. Tate, Esquire #1647
Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400
Fax (401) 351-3239

**CERTIFICATION**

I hereby certify that a true copy of the within was electronically filed and served upon all counsel of record in compliance with the Fed.R.Civ.P., on this 2nd day of September, 2008, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esquire
Ratcliffe Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903

Michael G. Sarli, Esquire
Matthew D. Rocheleau, Esquire
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 09203

/s/ Alan R. Tate