REC'D AUG 06 2008

RBHE
Ratcliffe Burke Harten & Elias LLP
ATTORNEYS AT LAW

August 6, 2008

Amato A. DeLuca, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

*Via facsimile and regular mail.*

**RE: Macamaux v. Nelson, M.D., et al**

Dear Mr. DeLuca:

We write in connection with the case of *Macamaux v. Day Kimball Hospital*. We are in receipt of your good faith letter dated August 1, 2008 and draft Motion to Compel Answers to Interrogatories from Defendant Day Kimball Hospital.

The draft motion includes the caption from the above referenced case however it references a plaintiff named Lisa Bennett, who was not a party to this action. In any event, the case of *Macamaux v. Day Kimball Hospital* was dismissed by the United States District Court of Rhode Island and judgment was entered in favor of all of the defendants on May 20, 2008. A copy of the Judgment is enclosed for your reference.

Please consider this our good faith attempt to resolve these discovery issues.

Regards,

Jay M. Elias

JME:mbr
Enclosure
*DeLuca 8.6.08*

jelias@rbhelaw.com

cc: Alan R. Tate *Via regular mail only.*
Michael G. Sarli

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ROBERT MACAMAUX**

**Vs.** **C.A. NO. 07-485ML**

**JACK MILLARD, M.D.**
**ROGER NELSON, M.D.**
**DAY KIMBALL HOSPITAL**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Jack Millard, M.D., Roger Nelson, M.D. and Day Kimball Hospital, against the plaintiff, Robert Macamaux, pursuant to the Memorandum and Order dated May 20, 2008 DISMISSING the Complaint for lack of personal jurisdiction over the defendants.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: May 20, 2008